# United States Court of Appeals
## For the First Circuit

No. 20-1033

UNITED STATES OF AMERICA,

Appellee,

v.

DANIEL FREDERICKSON,

Defendant, Appellant

**ERRATA SHEET**

The opinion of this Court, issued on February 16, 2021, is amended as follows:

On the coverpage, after [Hon. Landya B. McCafferty, U.S. District Judge] add a new footnote * Of the District of New Hampshire, sitting by designation.